IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RACHEL HIGGINS, Personal**
**Representative of the ESTATE OF**
**MATTHEW GARCIA**

     **Plaintiff,**

**vs.**                                                                  **No. 25-cv-673  JB-JMR**

**CITY OF ALBUQUERQUE et al.**

     **Defendants.**

**JOINT MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE**

     **COME NOW,** Plaintiff Rachel Higgins as the Personal Representative of the Wrongful

Death Estate of Matthew Garcia, by and through her attorneys of record, Defendants City of

Albuquerque, Precious Cadena, Zachary Earles, William Gallegos, Harold Medina, Howard

Perry, and Samuel Seay and Defendants City of Albuquerque ("City Defendants"), by and

through their attorney of record, and Defendant Amir Nathoo, by and through his attorney of

record, and hereby move to dismiss Plaintiff's Complaint with prejudice pursuant to the Court's

Memorandum Opinion and Order Adopting the Magistrate Judge's Proposed Findings and

Recommended Disposition filed on July 16, 2026 (Doc. 105) wherein the Court directs the

parties to file a Joint Motion to Dismiss. As further grounds the parties state:

     1)     On July 16, 2026, the Court filed a Memorandum Opinion and Order (Doc. 105)

adopting the Magistrate Judge's Proposed Findings and Recommended Disposition, filed July 6,

2026 (Doc. 100) and adopting the Joint Motion for Court Approval of Settlement on Behalf of a

Minor, filed April 22, 2026 (Doc. 91).

2)      In accordance with the Court's Memorandum Opinion and Order (Doc. 105), the parties, by and through their attorneys, have submitted a proposed Stipulated Order of Distribution of Settlement Funds for the Court's review and entry to be filed under seal to protect the privacy of the minor children.

3)      Once the Court enters the Stipulated Order of Distribution of Settlement Funds the parties agree and stipulate to the dismissal with prejudice of all claims asserted against Defendants because:   (a)   The City of Albuquerque and Plaintiff have resolved all claims which have been brought in this action and which could have been asserted against City Defendants; (b) Defendant Amir Nathoo and Plaintiff have resolved all claims which have been brought in this action and which could have been asserted against Defendant Nathoo; and (c) The parties, by and through their attorneys, have also agreed to bear their own costs and fees incurred to date in this cause.

**WHEREFORE,** based upon the foregoing, Plaintiff Rachel Higgins, City Defendants, and Defendant Nathoo request that this Court grant the Joint Motion to Dismiss Plaintiff's Complaint with prejudice and thereby enter a Final Judgment and Order of Dismissal dismissing this action in its entirety and directing that all parties bear their own costs and fees incurred to date in this cause.

Respectfully submitted:

Approved via email on 7/17/2026
Taylor E. Smith
SMITH & MARJANOVIC LAW, LLC
P.O. Box 94207
Albuquerque, NM 87199
(505) 510-4440
taylor@legalhelpnm.com

2

Ramon A. Soto
THE SOTO LAW OFFICE, LLC
6731 Academy Rd NE, Suite B
Albuquerque, NM 87109
(505) 273-4062
ramon@thesotolawofficellc.com

Frances C. Carpenter
Graciela R. Esquivel
LAW OFFICE OF FRANCES CROCKETT
925 Luna Circle NW
Albuquerque, NM   87102
(505) 314-8884
frances@francescrockettlaw.com
graciela@francescrockettlaw.com

*Attorneys for Plaintiff*

Approved via email on 7/17/2026
Steven M. Jakob
JAKOB & ASSOCIATES, P.C.
P.O. Box 93700
Albuquerque, NM   87199
(505) 797-1244
jakoblaw@aol.com

*Attorney for Defendant Amir Nathoo*

CITY OF ALBUQUERQUE
OFFICE OF THE CITY ATTORNEY

/s/ *Stephanie M. Griffin, Deputy City Attorney*
P.O. Box 2248
Albuquerque, New Mexico 87102
(505) 768-4500
sgriffin@cabq.gov

*Attorney for Defendants City of Albuquerque,*
*Harold Medina, Precious Cadena, Zach Earles,*
*Howard Perry, William Gallegos, and Samuel Seay*

3