**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

**JUL 2 0 2026**

RACHEL HIGGINS, Personal
Representative of the ESTATE OF
MATTHEW GARCIA

**ERIK PALTROW**
CLERK

Plaintiff,

vs.

No. 25-cv-673  JB-JMR

CITY OF ALBUQUERQUE et al.

Defendants.

(Final) JCB 7/20/26

**FINAL ORDER AND JUDGMENT OF DISMISSAL WITH PREJUDICE**

**THIS MATTER** having come before the Court upon the Joint Motion to Dismiss

Plaintiff's Complaint with prejudice filed by the parties in this cause on July 17, 2026 (Doc.

106), and the Court having reviewed the motion and being advised in its premises hereby finds

that there is good cause to grant the Joint Motion to Dismiss and enter a Final Order and

Judgment of Dismissal with Prejudice.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:**

1)    All parties will bear their own costs and fees incurred to date in this cause;

2)    The Joint Motion to Dismiss Plaintiff's Complaint with Prejudice is **GRANTED**;

and

3)    Final Order and Judgment of Dismissal disposing of all claims and all parties in

this action is hereby entered and this action is hereby dismissed with prejudice.

.HONORABLE JAMES O. BROWNING
UNITED DISTRICT COURT JUDGE

Approved as to form:

Approved via email on 7/17/2026
Taylor E. Smith
SMITH & MARJANOVIC LAW, LLC
P.O. Box 94207
Albuquerque, NM 87199
(505) 510-4440
taylor@legalhelpnm.com

.

Ramon A. Soto
THE SOTO LAW OFFICE, LLC
6731 Academy Rd NE, Suite B
Albuquerque, NM 87109
(505) 273-4062
ramon@thesotolawofficellc.com

Frances C. Carpenter
Graciela R. Esquivel
LAW OFFICE OF FRANCES CROCKETT
925 Luna Circle NW
Albuquerque, NM   87102
(505) 314-8884
frances@francescrockettlaw.com
graciela@francescrocettlaw.com

*Attorneys for Plaintiff*


Approved via email on 7/17/2026
Steven M. Jakob
JAKOB & ASSOCIATES, P.C.
P.O. Box 93700
Albuquerque, NM   87199
(505) 797-1244
jakoblaw@aol.com

*Attorney for Defendant Amir Nathoo*

2

CITY OF ALBUQUERQUE
OFFICE OF THE CITY ATTORNEY

/s/ *Stephanie M. Griffin, Deputy City Attorney*
P.O. Box 2248
Albuquerque, New Mexico 87102
(505) 768-4500
sgriffin@cabq.gov

*Attorney for Defendants City of Albuquerque,*
*Harold Medina, Precious Cadena, Zach Earles,*
*Howard Perry, William Gallegos, and Samuel Seay*

3